UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LOUIS REED, JR.,                                           :
                              Plaintiff,                   :
                                                           :
            -against-                                      :    22-CV-8578 (VSB)
                                                           :
PFIZER, INC.,                                              :              ORDER
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  The Court is in receipt of *pro se* Plaintiff Louis Reed Jr.'s motion for appointment of counsel. (Doc. 14.) In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Quadir v. New York State Dep't of Lab.*, 39 F. Supp. 3d 528, 543 (S.D.N.Y. 2014) (quoting *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam)). Without expressing a view concerning the merits of Plaintiff's claim, Plaintiff's request for pro bono counsel is denied without prejudice because it is too early in the proceedings for the Court to assess the merits of the action. *See Quadir*, 39 F. Supp. 3d at 543 (denying request for appointment of counsel because it was "too early to adequately weigh the merits" of the case at the motion to dismiss stage). Plaintiff may renew his application for appointment of counsel at a later stage in these proceedings when the existence of a potentially meritorious claim can be demonstrated.

  The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

Dated:   November 2, 2022
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge