UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
LOUIS REED, JR., :
                  Plaintiff, :
:
      -against- : 22-CV-8578 (VSB)
:
PFIZER, INC., : **ORDER**
:
                 Defendant. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The parties are directed to appear for a telephonic conference on July 19, 2023 at 11:00 a.m.  The parties shall enter the conference by calling (888) 363-4749 and entering the access code 2682448.

SO ORDERED.

Dated:    June 29, 2023
            New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge