UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LOUIS REED, JR.,                                             :
                      Plaintiff,                          :
:
        -against-                                         :        22-CV-8578 (VSB)
:
PFIZER, INC.,                                                :        **ORDER**
:
                      Defendant.                         :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On July 19, 2023, I held a telephonic conference in this action. In accordance with the parties' representations and my comments during that conference, it is hereby

        ORDERED that on or before August 2, 2023 the parties submit a joint letter informing the Court as to whether they intend to request that I recuse myself because of my prior professional relationship with the General Counsel of Pfizer, Inc.

SO ORDERED.

Dated:      July 19, 2023
               New York, New York

                                                                     Vernon S. Broderick
                                                                   United States District Judge