**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUIS REED, JR.,

                    Plaintiffs,

-against-                              22 **CIVIL** 8578 (VSB)

**JUDGMENT**

PFIZER INC.,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2025, Defendant's motion to dismiss is GRANTED, and the claims asserted in Plaintiff's amended complaint are DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
         February 18, 2025

                                                             **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                        **BY:**
                                                              **Deputy Clerk**